**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS FLORES,<br><br>            Petitioner,<br><br>      vs.<br><br>M. McDONALD, WARDEN,<br><br>            Respondent. | CASE NO. CV 09-07025 DOC (RZ)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a <u>de novo</u> review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendations of the Magistrate Judge.

DATED: March 16, 2012

*David O. Carter*

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE