**O**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS FLORES, | CASE NO. CV 09-07025 DOC (RZ) |
| Petitioner, | |
| vs. | JUDGMENT |
| M. McDONALD, WARDEN, | |
| Respondent. | |

This matter came before the Court on the Petition of LOUIS FLORES, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: March 16, 2012

*David O. Carter*

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE